

**DOUGLAS F. MANN**
CHAPTER 7 TRUSTEE
SUITE 210, RIVER BANK PLAZA
740 NORTH PLANKINTON AVENUE
MILWAUKEE, WISCONSIN 53203

Telephone
(414) 276-5355

Facsimile
(414) 276-5350

September 10, 2012

~~U. S. Trustee~~
U. S. Courthouse
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

RE: **BANKRUPTCY OF WAGNER, PETER LEE**
    **CASE NO. 08-33535-SVK-7**

Gentlepersons:

Enclosed please find a check in the amount of $1,876.64 representing unclaimed funds in the above entitled case.

The Debtor, Peter Lee Wagner is deceased and there is no Probate filed. Per the U.S. Trustee, I am remitting the monies as unclaimed funds. Peter Lee Wagner of the Probate Estate of Peter Lee Wagner are the entities entitled to these monies.

Very truly yours,

Douglas F. Mann
Chapter 7 Trustee

DFM/blb

Enclosure

cc: David Asbach, Assistant U.S. Trustee
    Andrew Van Sickle, Attorney for the Debtor

MEANSNO, ASSETS

U.S. Bankruptcy Court
onsin (Milwaukee)
#: 08-33535-svk
Only

*Date filed:* 12/12/2008
*Debtor discharged:* 05/15/2009

*Assigned to:* Susan V. Kelley
Chapter 7
Voluntary
Asset

*Per Beth @ Doug Mann's office (Last known address of Debtor)*

*Debtor disposition:* Standard D

**Debtor**
**Peter Lee Wagner**
W4635 Sunrise Road
Bonduel, WI 54107
SSN / ITIN: [redacted]

represented by **Andrew A. Van Sickle**
P. O. Box 107
Pulaski, WI 54162
920-822-2777
Email: andy@lewisvansickle.com

**Trustee**
**Douglas F. Mann**
740 North Plankinton Avenue
Suite 210
Milwaukee, WI 53203
414-276-5355

represented by **Lawrence Clancy**
Stafford Rosenbaum LLP
1200 North Mayfair Road, Suite 430
Milwaukee, WI 53226-3282
414-982-2878
Fax : 414-982-2889
Email: lclancy@staffordlaw.com

**U.S. Trustee**
**Office of the U. S. Trustee**
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202
414-297-4499

represented by **Amy J. Ginsberg**
Office of the U.S. Trustee
517 E. Wisconsin #430
Milwaukee, WI 53202
414.297.4499
Fax : 414.297.4478
Email: amy.j.ginsberg@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 12/12/2008 | 1 pgs: 43 | Chapter 7 Voluntary Petition . Filed by Peter Lee Wagner Government Proof of Claim due by 6/10/2009. Fee Amount: . (Van Sickle, Andrew) (Entered: 12/12/2008) |
| 12/12/2008 | 2 pgs: 1 | Certificate of Credit Counseling Filed by Andrew A. Van Sickle on behalf of Debtor Peter Lee Wagner. (Van Sickle, Andrew) (Entered: 12/12/2008) |
| 12/12/2008 | 3 pgs: 2 | Meeting of Creditors to be held on 02/05/2009 at 10:30 AM in Green Bay State Office Building, Rm. 152A. Last day to oppose discharge or dischargeability is 04/06/2009. (Van Sickle, Andrew) (Entered: 12/12/2008) |
| 12/12/2008 | | Receipt of Voluntary Petition (Chapter 7)(08-33535) [misc,volp7a] ( 299.00) Filing Fee. Receipt number 3392510. Fee amount 299.00. (U.S. Treasury) (Entered: 12/12/2008) |